In re Bodden, Albert; — Plaintiffs); applying for supervisory, certiorari, prohibition and/or mandamus; Parish of Orleans, Civil District Court, Div. “A”, No. 92-21520; to the Court of Appeal, Fourth Circuit, No. 94CW-2461.
Granted. Judgment of the trial court granting partial summary judgment is reversed. Pape v. Odeco, Inc., 93-1005 (La. App. 4th Cir. 9/21/94), 643 So.2d 229; see Everything on Wheels Subaru, Inc. v. Subaru South Inc., 616 So.2d 1234 (La.1993). Case remanded to the trial court for further proceedings.
CALOGERO, C.J., and LEMMON and KIMBALL, JJ., would grant and docket.
DENNIS, J., not on panel.